| | |
|---|---|
| 1 | NEEL CHATTERJEE (SBN 173985) |
| 2 | *NChatterjee@goodwinlaw.com* |
|   | **GOODWIN PROCTER LLP** |
| 3 | 601 Marshall Street |
|   | Redwood City, CA  94063 |
| 4 | Tel. +1 650 752 3100 |
| 5 | Fax: +1 650 853 1038 |
| 6 | SHARON R. SMITH (SBN 221428) |
|   | *SharonSmith@goodwinlaw.com* |
| 7 | MEGAN D. BETTLES (SBN 328161) |
|   | *MBettles@goodwinlaw.com* |
| 8 | **GOODWIN PROCTER LLP** |
|   | Three Embarcadero Center, Suite 2800 |
| 9 | San Francisco, CA  94111 |
| 10 | Tel.: +1 415 733 6000 |
|    | Fax: +1 415 677 9041 |
| 11 | |
| 12 | Attorneys for Defendants |
|    | PASSES, INC. and LUCY GUO |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>PASSES, INC., a Delaware corporation; and LUCY GUO, an individual,<br><br>             Defendants. | Case No. 2:24-cv-08364-CBM(SSCx)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Action Filed:     September 27, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Neel Chatterjee, Sharon R. Smith, and Megan D. Bettles hereby appear as counsel of record for Defendants Passes, Inc. and Lucy Guo.  Copies of all pleadings and papers filed in this action should be served on counsel as follows:

NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA  94063
Tel. +1 650 752 3100
Fax: +1 650 853 1038

SHARON R. SMITH (SBN 221428)
*SharonSmith@goodwinlaw.com*
MEGAN D. BETTLES (SBN 328161)
*MBettles@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA  94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Dated:  October 21, 2024          Respectfully submitted,

By: /s/    *Neel Chatterjee*
NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
SHARON R. SMITH (SBN 221428)
*SharonSmith@goodwinlaw.com*
MEGAN D. BETTLES (SBN 328161)
*MBettles@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants
PASSES, INC. and LUCY GUO