NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel. +1 650 752 3100
Fax: +1 650 853 1038

SHARON R. SMITH (SBN 221428)
*SharonSmith@goodwinlaw.com*
MEGAN D. BETTLES (SBN 328161)
*MBettles@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
PASSES, INC. and LUCY GUO

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PASSES, INC., a Delaware corporation; and LUCY GUO, an individual,<br><br>Defendants. | Case No. 2:24-cv-08364-CBM-SSC<br><br>**DECLARATION OF PATRICK ZHANG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        December 3, 2024<br>Time:       10:00 a.m.<br>Ctrm.:      8-D<br>Judge:     Hon. Consuelo B. Marshall<br><br>Action Filed:      September 27, 2024 |

# DECLARATION OF ATTORNEY PATRICK ZHANG

I, Patrick Zhang, declare as follows:

1. I am the Chief Technology Officer ("CTO") at Defendant Passes, Inc. ("Passes"). I have personal knowledge of the matters stated herein, and, if called as a witness, I would and could competently testify as to the following. I make this declaration in support of Passes' Opposition to Plaintiff Famous Birthdays, LLC's ("Famous Birthdays") Motion for Preliminary Injunction (the "Opposition").

2. As part of my role, I manage software engineering team members and activities for Passes. The software engineering team helped prepare the Passes Wiki biography pages.

3. I was responsible for overseeing the Famous Birthdays-related activities for the creation of the Passes Wiki biography pages. The Passes Wiki biography pages for each celebrity, political figure, athlete, content creator, or public figure (individually and collectively, "Public Figure(s)") generally contained: a biography narrative providing facts about the Public Figure; the Public Figure's social media handles; and the Public Figure's birthdate, place of birth, and astrological sign. The process of preparing the Passes Wiki biographies, in part, included accessing Famous Birthdays' publicly available information and the Famous Birthdays Pro services that Passes had access to under the services agreement that Passes and Famous Birthdays entered into on or around February 29, 2024.

## Passes' Use of the Famous Birthdays Pro Services

4. Passes used the login information provided by Famous Birthdays to access the Famous Birthdays Pro service and to call the rank graph API endpoint to obtain certain information about Public Figures.

5. On or about May 8, 2024, I received API documentation and Passes' token for accessing the Famous Birthdays Pro service, which was sent to Passes by Famous Birthdays. A true and correct copy of the email chain is attached hereto as

**Exhibit A**. To access the API endpoints contained in this document, Passes used the token provided by Famous Birthdays. *See id*.

6. I never instructed any Passes employee to access, alter, or otherwise introduce anything that would alter Famous Birthdays' source code. I personally did not access, alter, or otherwise introduce anything that would alter Famous Birthdays' source code. I investigated Famous Birthdays' assertion that Exhibit C to the Declaration of Kevin Ostrowski shows that the historical rank graph API call was somehow "amidst Famous Birthdays Pro's source code" by talking with the Passes employees who accessed Famous Birthdays Pro services. I concluded that no one at Passes somehow inserted anything "amidst Famous Birthday Pro's source code." I am unaware of any evidence that supports Famous Birthdays' insinuation. *See* Declaration of Evan Britton in Support of Motion for Preliminary Injunction (Dkt. 11-1, "Britton Decl."), ¶ 27.

7. I never instructed any Passes employee to access or extract anything from Famous Birthdays' source code. I personally did not access or extract anything from Famous Birthdays' source code. I spoke with the Passes employees who accessed Famous Birthdays Pro services and can unequivocally state that Famous Birthdays' assertion that "Passes . . . surreptitiously extracted [the historical rank graph API call] from the Famous Birthdays source code" is false and should be rejected entirely. *See* Britton Decl., ¶ 29.

8. I never instructed any Passes employee to access or use Famous Birthdays Pro services through any method other than credentials or a token that were provided by Famous Birthdays to Passes. I personally did not access or use Famous Birthdays Pro's services through a method other than the credentials provided by Famous Birthdays. I investigated whether anyone else at Passes accessed the Famous Birthdays Pro website through another method, and based on my reasonable investigation confirmed that no one at Passes accessed Famous Birthdays Pro

services through any method other than credentials or a token that was provided by Famous Birthdays.

9. I never instructed any Passes employee to use Famous Birthdays Pro API calls in any way to "hack[]" the Famous Birthdays Pro's source code. *See* Britton Sealing Decl., ¶¶ 7-9. As the CTO, I am also very confident that no one else at Passes issued such an instruction. I have asked all of the people involved in accessing Famous Birthdays' website, and I understand that none of them did so. Indeed, any such action would be a serious transgression of Passes' policies.

10. I personally did not use the API calls to "hack[]" the Famous Birthdays Pro's source code," and I am unaware of any evidence that supports Famous Birthdays' allegation without evidence that Passes did. *See* Declaration of Evan Britton in Support of the Sealing Application (Dkt. 10, "Britton Sealing Decl."), ¶¶ 7-9.

### Passes' Access of the Rank Graph API Endpoint

11. Famous Birthdays provided Passes the authorization needed to call and obtain data from the "rank graph API endpoint."

12. Following a reasonable investigation, I understand that Passes was authorized and able to call the rank graph API endpoint by using the login credentials that Famous Birthdays provided to Passes. To access the rank graph API endpoint, I understand that Famous Birthdays did not require Passes to provide further credentials. From my investigation, I also understand there were no indications to Passes that the rank graph API endpoint was "internal" or only meant for use by Famous Birthdays personnel as it was accessible with the login credentials provided by Famous Birthdays.

13. Famous Birthdays' insinuation that Passes circumvented a technical rate limit (of only allowing Passes to conduct 2,500 searches) is wrong. From talking with the relevant Passes personnel, I understand that Passes did not receive notice of any rate limits upon accessing the rank graph API endpoint. Based on this

information, Famous Birthdays did not place a rate limit, failed to properly place a rate limit, or placed a rate limit that is higher than the number of calls Passes placed to the rank graph API endpoint.

### The Passes Wiki Biography Pages

14. Passes created the Passes Wiki biography pages using factual information about the Public Figures, such as biographical information, social media handles, birthdates, places of birth, and astrological signs. I oversaw this process.

15. Each Passes Wiki biography page contains a biography narrative for the respective Public Figure. To compose the biography narratives, Passes directed ChatGPT to generate distinct biography narratives based on the factual information that Passes' automated data collection tool obtained from Famous Birthdays' public website and information that ChatGPT already knew (based on how Artificial Intelligence, or "AI" trained the model) about the Public Figures. The resulting biography narratives, which were used on the Passes Wiki pages, are different from Famous Birthdays' factual biography narratives.

16. I never republished or instructed any Passes employee to republish language of Famous Birthdays' biography pages. I am unaware of any evidence that supports Famous Birthdays' insinuation that Passes did so.

17. Famous Birthdays statement that "Passes is diverting hundreds of thousands of users per month away from Famous Birthdays," was false even when the Passes Wiki biography pages could be viewed by the public. *See* Britton Decl., ¶ 76. Famous Birthdays has provided no evidence to support these allegations regarding diversions. Additionally, any views to Passes Wiki biography pages were the result of Internet searches and views by public users.

18. Following Famous Birthdays' initiation of this litigation, at Lucy Guo's instruction, I removed all of the Passes Wiki biography pages from public view. Removing the pages from public view means that the links to each biography page no longer appear when a member of the public attempts to search for the Passes Wiki

1  biography or enters the URL link that previously navigated to a specific celebrity's Passes Wiki biography page.

2  19.  I removed the Passes Wiki biographies from public view on or about October 25, 2024.  The Passes Wiki biographies will remain hidden from public view until I receive instruction from Ms. Guo to do otherwise.  I understand that neither Passes nor Ms. Guo has any intent to make the Passes Wiki biographies publicly available.

20.  Following Famous Birthdays' initiation of this litigation, at Ms. Guo's direction, I instructed all relevant personnel not to access or use any data that Passes obtained from Famous Birthdays under the Services Agreement.  I further directed relevant personnel to abide by this instruction until Ms. Guo or I notify them otherwise.  I understand that neither Passes nor Ms. Guo has any intent to allow Passes personnel to access or use any such data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2024.



PATRICK ZHANG

# *EXHIBIT A*

# *EXHIBIT A*



Patrick Zhang <patrick@passes.com>

## FW: Famous Birthdays Pro Contract

**payas@passes.com** <payas@passes.com>	Wed, May 8, 2024 at 11:22 AM
To: patrick@passes.com

**From:** Zach Ferraro <zach@famousbirthdays.com>
**Sent:** Wednesday, April 10, 2024 11:58 AM
**To:** Payas Parab <payas@passes.com>
**Cc:** connor@passes.com
**Subject:** Re: Famous Birthdays Pro Contract

Hey Payas,

Yes! Great to connect again, exciting move, Passes is a great spot to land.

I assume you mean Famous Birthdays Pro, correct?

Let's jump on a call when you are diving in and I will walk you through the site and features.

I've also attached some API documentation, and here is your key:

PASSES Unique Token:   c7203889cdf678eb08e0ba41f8337fe5

Cheers,

Zach

On Tue, Apr 9, 2024 at 8:59 PM Payas Parab <payas@passes.com> wrote:

> Hey Zach,
>
> Not sure if you remember me but we met briefly at the HF0 house with David Tesler.
>
> I am going to be joining passes soon to lead strategy and take on some of the work related to creator acquisition and creator assessment. I am building an internal tool to support our sales team.
>
> Can you provide documentation for Passes Pro as that is part of our subscription? Can you also point me to where to obtain our API key?
>
> Best,

Payas

Get Outlook for iOS

---

**From:** Connor Sweeney <connor@passes.com>
**Sent:** Friday, April 5, 2024 1:42 PM
**To:** Payas Parab <payas@passes.com>
**Subject:** Fwd: Famous Birthdays Pro Contract

---------- Forwarded message ---------
From: **Zach Ferraro** <zach@famousbirthdays.com>
Date: Wed, Feb 28, 2024 at 3:46 PM
Subject: Famous Birthdays Pro Contract
To: connor@passes.com <connor@passes.com>

Hey Connor,

Here's the contract for the Premiere tier at $5k/mo. It isn't actually unlimited, but generally this is as much as most people need for tracking and generating leads. If you think this isn't enough, let me know, but you could always start here and upgrade if you want more. I will discuss true unlimited with Evan as I think we have only done that once.

Also as I mentioned, there will be a discount if you go to a yearly contract.

And with this, we'll assist with implementation of the API to your system if that's how you want to use it.

Let me know if you guys have any questions. If you want to move forward, I'll send over the docusign!

Cheers,

Zach

 **Famous-Birthdays-Pro-API-Documentation.pdf**
187K