NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
FRED FEYZI (SBN 343538)
FFeyzi@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel. (650) 752-3100
Fax: (650) 853-1038

SHARON R. SMITH (SBN 221428)
SharonSmith@goodwinlaw.com
MEGAN D. BETTLES (SBN 328161)
MBettles@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: (415) 733-6000
Fax: (415) 677-9041

Attorneys for Defendants
PASSES, INC. and LUCY GUO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FAMOUS BIRTHDAYS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PASSES, INC., a Delaware corporation; and LUCY GUO, an individual,<br><br>Defendants. | Case No. 2:24-cv-08364-CBM-SSC<br><br>Honorable Consuelo B. Marshall<br><br>**NOTICE OF LODGING [PROPOSED] ORDER SUSTAINING DEFENDANT PASSES, INC.'S EVIDENTIARY OBJECTIONS**<br><br>Action Filed:   September 27, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Passes, Inc. hereby lodges the attached Proposed Order Sustaining Defendant Passes, Inc.'s Evidentiary Objections [Dkt. No. 25-6].

Dated: November 27, 2024     Respectfully submitted,

By: /s/ *Sharon R. Smith*
NEEL CHATTERJEE
SHARON R. SMITH
MEGAN D. BETTLES
FRED FEYZI
**GOODWIN PROCTER LLP**

Attorneys for Defendants
PASSES, INC. and LUCY GUO

-2-

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **November 27, 2024**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 27, 2024**.

/s/ *Sharon R. Smith*
NEEL CHATTERJEE
SHARON R. SMITH
MEGAN D. BETTLES
FRED FEYZI