NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Sharon R. Smith (SBN 221428)
Goodwin Procter LLP
525 Market Street, 32nd Fl.
San Francisco, CA  94105
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

ATTORNEY(S) FOR: Defendants Passes, Inc. and Lucy Guo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Famous Birthdays, LLC<br><br>Plaintiff(s),<br>v.<br><br>Passes, Inc. a Delaware corporation; and Lucy Guo, an individual.<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-08364-CBM(SSCx)<br><br>**AMENDED<br>CERTIFICATION AND NOTICE OF<br>INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Passes, Inc. and Lucy Guo
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Famous Birthdays, LLC | Party (Plaintiff) |
| Passes, Inc. | Party (Defendant) |
| Lucy Guo | Party (Defendant) |
| Bond III, LP | Non-Party Owning 10% or More in Passes, Inc. |
| AXIS Insurance Co. | Insurer |

| | |
|---|---|
| January 17, 2025<br>Date | /s/  Sharon R. Smith<br>Signature<br>Sharon R. Smith<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendants Passes, Inc. and Lucy Guo |